THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Dycippa Garner, Petitioner,
 v.
 State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Orangeburg County
Edward B. Cottingham, Trial Judge
James C. Williams, Jr., Post-Conviction
 Relief Judge
Unpublished Opinion No. 2010-UP-186
Submitted March 1, 2010  Filed March 3,
 2010  
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Lance Boozer, all of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Petitioner seeks a writ of certiorari from
 the denial of his application for post-conviction relief (PCR).  
Because evidence supports the PCR judge's finding that Petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we
 grant certiorari and proceed with a review of the direct appeal issue pursuant
 to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986), and White v. State,
 263 S.C. 110, 208 S.E.2d 35 (1974).  Regarding Petitioner's remaining PCR
 issues, the petition for certiorari is denied.    
After
 a thorough review of the record and counsel's brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Petitioner's appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HUFF, THOMAS,
 and KONDUROS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.